IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| NORMA BASURTO, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § Civil Action No. 3:24-cv-00095-KC <br> § <br> LJS OPCO TWO, LLC d/b/a LONG § <br> JOHN SILVER'S, § <br> § <br> *Defendant*. § | |

### DEFENDANT'S NOTICE OF ITS MEMBERS' IDENTITIES AND CITIZENSHIP

Defendant LJS OpCo Two, LLC d/b/a Long John Silver's ("LJS") submits the following information in accordance with the Court's *Order* [ECF No. 3] to facilitate whether subject matter jurisdiction exists in this action, and in supplementation to its Notice of Removal [ECF No. 1], states as follows:

1. LJS' sole member is its Managing Member, Long John Silver's, LLC;

2. Long John Silver's, LLC's sole member is its Managing Member, LJS Partners, LLC;

3. LJS Partners, LLC's sole member is its Managing Member, Four Oaks Partners, LLC;

4. Four Oaks Partners, LLC consists of four members:

    (i) Travis A. Jenkins, a natural person domiciled in, and thus a citizen of, the State of Tennessee;

    (ii) Chris A. Jenkins, a natural person domiciled in, and thus a citizen of, the State of Tennessee;

    (iii) Stephen L. Jenkins, a natural person domiciled in, and thus a citizen of, the State of Tennessee; and

(iv) Corey L. Jenkins, a natural person domiciled in, and thus a citizen of, the State of Tennessee.

Respectfully submitted,

 /s/ *Brent Sedge*
Michael V. Abcarian
Texas Bar No. 00799900
Brent Sedge
Texas Bar No. 24082120
FISHER & PHILLIPS LLP
500 North Akard, Suite 3550
Dallas, Texas 75201
Telephone: (214) 220-9100
Facsimile: (214) 220-9122
*mabcarian@fisherphillips.com*
*bsedge@fisherphillips.com*

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on March 29, 2024, I electronically filed *Defendant's Notice of its Members' Identities and Citizenship* with the Clerk of Court for the United States District Court for the Western District of Texas, using the Electronic Case Filing system of the Court. The ECF system will send a "Notice of Electronic Filing" to all attorneys of record, including the following individuals:

| | |
|---|---|
| Brett Duke (*BrettDuke@brettduke.com*) | Daniela Labinoti (*Daniela@LabinotiLaw.com*) |
| LAW OFFICE OF BRETT DUKE, P.C. | LAW FIRM OF DANIELA LABINOTI, P.C. |
| 6350 Escondido Drive, Suite A-14 | 707 Myrtle |
| El Paso, TX 79912 | El Paso, TX 79901 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR PLAINTIFF** |

 /s/ *Brent Sedge*
Brent Sedge